JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>        Plaintiff/Petitioner,<br>   v.<br>VERTICAL FUND GROUP, INC., GUSTAVO A. ALTUZARRA, and CHRISTOPHER R. CHASE,<br>        Defendants/Respondents. | NO.  2:20-cv-05668-JAK-KS<br><br>FINAL JUDGMENT ENFORCING ORDER OF THE SECURITIES AND EXCHANGE COMMISSION AGAINST GUSTAVO A. ALTUZARRA |

On April 8, 2020, Plaintiff, Securities and Exchange Commission (the "Commission") filed an Application Enforcing Compliance with a Commission Order against Defendants Christopher R. Chase, Vertical Fund Group, Inc., and Gustavo A. Altuzarra in the United States District Court for the Southern District of California. (Dkt. No. 1.) On June 22, 2020, the matter was transferred to the Central District of California and assigned to the undersigned United States District Judge. (Dkt. No. 12.) On July 15, 2020 the matter was referred to U.S. Magistrate Judge Karen L. Stevenson to conduct all proceedings necessary and to prepare a proposed Order for the Court's consideration. (Dkt. No. 21.) On August 28, 2020, Magistrate Judge Stevenson held a telephonic hearing on the Application to Enforce Compliance with the Commission Order and recommended that the Application be

granted in its entirety. (Dkt. No. 23.) Accordingly, the Court HEREBY enters final judgment against Gustavo A. Altuzarra as follows:

Plaintiff, Securities and Exchange Commission (the "Commission"), having applied to the Court for a Judgment pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), Section 21(e)(1) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act"), 15 U.S.C. §80a-41(d), enforcing compliance by Defendant Gustavo A. Altuzarra ("Altuzarra") with a final Commission order entered against him on August 22, 2017 (the "Commission Order") which, in part, ordered Altuzarra to pay, jointly and severally with Defendants Vertical Fund Group, Inc. ("VFG"), and Christopher R. Chase ("Chase"), disgorgement of $6,272,549 plus $362,408 in prejudgment interest for a total of $6,634,957, a civil penalty in the amount of $2,400,000 and applicable interest, and injunctive relief. It appearing to the Court that such a Judgment should enter, it is hereby:

## I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order be and the same hereby is enforced.

## II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Altuzarra shall pay to the Commission disgorgement in the amount of $6,272,549 plus pre-order interest in the amount of $362,408 and all post-order interest accrued pursuant to Rule 600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600, through the entry of this Final Judgment; and a civil money penalty in the amount of $2,400,000 plus all post-order interest accrued pursuant to 31 U.S.C. §3717 through the entry of this Final Judgment.

Defendant may transmit payment in one of the ways set forth in paragraph V below. Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this

payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

### III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Altuzarra shall cease and desist from committing or causing any violations and any future violations of Section 17(a) of the Securities Act, Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, Sections 206(1), 206(2), and 206(4) of the Advisers Act and Rules 206(4)-7 and 206(4)-8 thereunder, and Sections 17(a)(1), 17(a)(3) and 34(b) of the Investment Company Act.

### IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Altuzarra is (a) barred from associating with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization; (b) prohibited from serving or acting as an employee, officer, director, member of an advisory board, investment adviser or depositor of, or principal underwriter for, a registered investment company or affiliated person of such investment adviser, depositor, or principal underwriter; and (c) barred from participating in any offering of a penny stock, including: acting as a promoter, finder, consultant, agent or other person who engages in activities with a broker, dealer or issuer for purposes of the issuance or trading in any penny stock, or inducing or attempting to induce the purchase or sale of any penny stock. Altuzarra has the right to apply for reentry to the appropriate self-regulatory organization or, if none, to the Commission.

\\

\\

V.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that Altuzarra shall make payment in one of the following ways:

(1)   Altuzarra may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2)   Altuzarra may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3)   Altuzarra may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

   Enterprise Services Center
   Accounts Receivable Branch
   HQ Bldg., Room 181, AMZ-341
   6500 South MacArthur Boulevard
   Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying Altuzarra as Defendant in this action, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Christy J. White, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5628, Washington, DC 20549-0022.  Upon such payments being fully made, the Commission will provide Altuzarra with a full satisfaction of judgment and discharge any judgment lien it may have docketed.

VI.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to disgorgement and prejudgment interest through civil contempt and/or other collection procedures authorized by law.

## VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

## VIII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment. Post Judgment interest shall accrue pursuant to 28 U.S.C. § 1961, from the date of this Final Judgment until the date all amounts owed have been paid.

## IX.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Application are true and admitted by Altuzarra, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Altuzarra under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation Altuzarra of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

Dated: September 12, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE