JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>      Plaintiff/Petitioner,<br>v.<br>VERTICAL FUND GROUP, INC., GUSTAVO A. ALTUZARRA, and CHRISTOPHER R. CHASE,<br>      Defendants/Respondents. | NO. 2:20-cv-05668-JAK-KS<br><br>FINAL JUDGMENT ENFORCING ORDER OF THE SECURITIES AND EXCHANGE COMMISSION AGAINST VERTICAL FUND GROUP, INC. |

On April 8, 2020, Plaintiff, Securities and Exchange Commission (the "Commission") filed an Application Enforcing Compliance with a Commission Order against Defendants Christopher R. Chase, Vertical Fund Group, Inc., and Gustavo A. Altuzarra in the United States District Court for the Southern District of California (Dkt. No.1.) On June 22, 2020, the matter was transferred to the Central District of California and assigned to the undersigned United States District Judge. (Dkt. No. 12.) On July 15, 2020 the matter was referred to U.S. Magistrate Judge Karen L. Stevenson to conduct all proceedings necessary and to prepare a proposed Order for the Court's consideration. (Dkt. No. 21.) On August 28, 2020, Magistrate Judge Stevenson held a telephonic hearing on the Application to Enforce Compliance with the Commission Order and recommended that the Application be granted in its entirety. (Dkt. No.

23.) Accordingly, the Court HEREBY enters final judgment against **Vertical Fund Group, Inc.**, as follows:

The Plaintiff, Securities and Exchange Commission (the "Commission"), having applied to the Court for a Judgment pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), Section 21(e)(1) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(e)(1), Section 209(d) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-9(d), and Section 42(d) of the Investment Company Act of 1940 ("Investment Company Act"), 15 U.S.C. §80a-41(d), enforcing compliance by Defendant Vertical Fund Group, Inc. ("VFG") with a final Commission order entered against it on August 22, 2017 (the "Commission Order") which, in part, ordered VFG to pay, jointly and severally with Defendants Gustavo A. Altuzarra ("Altuzarra"), and Christopher R. Chase ("Chase"), disgorgement of $6,272,549 plus $362,408 in prejudgment interest for a total of $6,634,957, a civil penalty in the amount of $2,400,000 and applicable interest, and injunctive relief.  It appearing to the Court that such a Judgment should enter, it is hereby:

## I.

**ORDERED, ADJUDGED, AND DECREED** that the Commission Order be and the same hereby is enforced.

## II.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that VFG shall pay to the Commission disgorgement in the amount of $6,272,549 plus pre-order interest in the amount of $362,408 and all post-order interest accrued pursuant to Rule  600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600, through the entry of this Final Judgment; and a civil money penalty in the amount of $2,400,000 plus all post-order interest accrued pursuant to 31 U.S.C. §3717 through the entry of this Final Judgment.

Defendant may transmit payment in one of the ways set forth in paragraph IV below. Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment,

Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

### III.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that VFG shall cease and desist from committing or causing any violations and any future violations of Section 17(a) of the Securities Act, Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, and Section 17(a)(3) of the Investment Company Act.

### IV.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that VFG shall make payment in one of the following ways:

(1) VFG may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2) VFG may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) VFG may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
HQ Bldg., Room 181, AMZ-341
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying VFG as Defendant in this action, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to Christy J. White, Securities and Exchange Commission, 100 F Street, NE, Mail stop 5628, Washington, DC 20549-0022. Upon such payments being fully made, the Commission will provide VFG with a full satisfaction of judgment and discharge any judgment lien it may have docketed.

### V.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to disgorgement and prejudgment interest through civil contempt and/or other collection procedures authorized by law.

### VI.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court, subject to the foregoing, may order such relief as may be necessary for enforcement of any order of this Court as to the civil monetary penalty pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 – 3308.

### VII.

**FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment. Post Judgment interest shall accrue pursuant to 28 U.S.C. § 1961, from the date of this Final Judgment until the date all amounts owed have been paid.

### VIII.

**FURTHER ORDERED, ADJUDGED, AND DECREED**, that , solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Application are true and admitted by VFG, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by VFG under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation VFG of the federal

1 | securities laws or any regulation or order issued under such laws, as set forth in Section
2 | 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

Dated: September 12, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE